```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  UNITED STATES OF AMERICA,                      :
                                                 :
                              Plaintiff,         :
                                                 :
           -against-                             :     25-CV-8204 (VEC)
                                                 :
                                                 :     SCHEDULING ORDER
  JAMES PALMA; JPMORGAN CHASE BANK,              :
  NA; and JOHN DOES Nos. 1-20,                   :
                                                 :
                              Defendants.        :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___11/20/2025_

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 6, 2025, the Government filed a Complaint in this action, *see* Dkt. 3;

WHEREAS on October 8, 2025, the Court issued an order staying this action until the end of the fall 2025 Government shutdown, without prejudice to Defendants seeking to lift the stay, *see* Dkt. 9;

WHEREAS the Court's October 8, 2025, order also directed the Government to serve a copy of the order and the Complaint on Defendants and to file proof of service via ECF;

WHEREAS the Government has not filed proof of service of the Complaint via ECF;

WHEREAS Defendants did not seek to lift the stay during the Government shutdown;

WHEREAS the Government shutdown concluded on November 12, 2025; and

WHEREAS Defendant JPMorgan Chase Bank, NA answered the Complaint on November 18, 2025;

IT IS HEREBY ORDERED that the stay in this case is LIFTED.

IT IS FURTHER ORDERED that the Government must file proof of service of the Complaint and this order via ECF not later than **Thursday, December 18, 2025**.

IT IS FURTHER ORDERED that Defendant James Palma must answer or otherwise respond to the Complaint by **Thursday, January 8, 2026**.

**SO ORDERED.**

**Date: November 20, 2025**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**