

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 26, 2026

**VIA ECF**
Hon. Valerie Figueredo
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *United States v. James Palma, et. al*, 25 Civ. 8204 (VF)

Dear Judge Figueredo:

        I write jointly with counsel for the defendant to request a two-month stay of discovery and other deadlines in this matter to facilitate ongoing settlement discussions. This is the parties' first request to modify the discovery schedule.

        In brief, in this action, the United States (the "government") seeks to reduce to judgment assessments for certain unpaid tax liabilities of defendant James Palma. The government also seeks to enforce the tax liens arising from Mr. Palma's tax liabilities by foreclosing on his interests in his apartment and an LLC (a gastroenterology practice he partly owns).[1]

        Since the complaint was filed, the parties have discussed whether it may be possible to resolve the matter consensually. Defendant has provided documentation that the government has requested to facilitate these discussions, and provided additional documentation earlier this week. The parties' efforts have focused on these discussions, rather than fact discovery. However, the current discovery deadlines are fast approaching, with fact discovery currently set to close on June 29. The parties believe it would be most efficient at this time for them to focus their efforts on settlement discussions.

        Thus, in order to facilitate settlement discussions, we respectfully request a two-month stay of discovery and other deadlines—until August 26, 2026. If the Court adopts this proposal, we further propose that, at the end of this time, we will write to the Court to provide a further status report.

---

[1] The other defendants—JPMorgan Chase Bank and the John Doe parties—may have an interest in real or other property in which Mr. Palma holds an interest, and may be entitled to a portion of the proceeds in the event of a sale of that property.

The parties thank the Court for its consideration of this submission.

Respectfully,

JAY CLAYTON
United States Attorney

By:    /s/ Peter Aronoff
PETER ARONOFF
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
*Counsel for the United States*

cc (via ECF):   Counsel for defendants

## MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: June 29, 2026

The request for a stay is hereby GRANTED. The parties are directed to provide the Court with a status update on or by **August 26, 2026**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 23.