**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 24, 2026

**VIA ECF**
Hon. Valerie Figueredo
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. James Palma, et. al*, 25 Civ. 8204 (VF)

Dear Judge Figueredo:

I write jointly with counsel for the defendant to request a two-month stay of discovery and other deadlines in this matter to facilitate ongoing settlement discussions. This is the parties' second request to modify the discovery schedule.

In brief, in this action, the United States (the "government") seeks to reduce to judgment assessments for certain unpaid tax liabilities of defendant James Palma. The government also seeks to enforce the tax liens arising from Mr. Palma's tax liabilities by foreclosing on his interests in his apartment and an LLC (a gastroenterology practice he partly owns).[1]

In June, the Court granted the parties' first application to stay this matter to permit settlement discussions to proceed. Since that time, Mr. Palma has provided additional information to the government. The government has evaluated that information, and has requested certain additional information from Mr. Palma that is necessary for it to determine its settlement position. The parties continue to believe it would be most efficient at this time for them to focus their efforts on settlement discussions.

Thus, in order to facilitate settlement discussions, we respectfully request a further two-month stay of discovery and other deadlines—until October 26, 2026. If the Court adopts this proposal, we further propose that, at the end of this time, we will write to the Court to provide a further status report.

[1] The other defendants—JPMorgan Chase Bank and the John Doe parties—may have an interest in real or other property in which Mr. Palma holds an interest, and may be entitled to a portion of the proceeds in the event of a sale of that property.

The parties thank the Court for its consideration of this submission.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: */s/ Peter Aronoff*
PETER ARONOFF
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
*Counsel for the United States*

cc (via ECF): Counsel for defendants

**MEMO ENDORSED**

**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**

**Dated: August 26, 2026**

The request for a stay is hereby GRANTED. The parties are directed to provide the Court with a status update on or by **October 28, 2026**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 25.