**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 26, 2026

**VIA ECF**
Hon. Valerie Figueredo
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. James Palma, et. al*, 25 Civ. 8204 (VF)

Dear Judge Figueredo:

I write jointly with counsel for the defendant James Palma to request a five-week stay of discovery and other deadlines in this matter to facilitate ongoing settlement discussions. This is the parties' third request to stay the discovery schedule.

In brief, in this action, the United States (the "government") seeks to reduce to judgment assessments for certain unpaid tax liabilities of Mr. Palma. The government also seeks to enforce the tax liens arising from Mr. Palma's tax liabilities by foreclosing on his interests in his apartment and an LLC (a gastroenterology practice he partly owns). [1]

In June, the Court granted the parties' first application to stay this matter to permit settlement discussions to proceed. *See* ECF Nos. 23, 24. In August, the parties requested, and Court granted, a second extension to today. *See* ECF Nos. 25, 26. Since the last extension, Mr. Palma has provided certain additional information to the government relevant to the government's consideration of potential settlement. The government has requested additional information from Mr. Palma that is necessary to determine its settlement position. The parties believe it would be most efficient at this time for them to focus their efforts on settlement discussions.

Thus, in order to facilitate settlement discussions, we respectfully request a further five-week stay of discovery and other deadlines—until December 4, 2026. If the Court adopts this proposal, we further propose that, at the end of this time, we will write to the Court to provide a further status report.

[1] The other defendants—JPMorgan Chase Bank and the John Doe parties—may have an interest in real or other property in which Mr. Palma holds an interest, and may be entitled to a portion of the proceeds in the event of a sale of that property.

The parties thank the Court for its consideration of this submission.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: */s/ Peter Aronoff*
PETER ARONOFF
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
*Counsel for the United States*

cc (via ECF): Counsel for defendants

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: October 27, 2026**

The request for a stay of discovery is **GRANTED**.